The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BARBARA LEWIS, , as Personal Representative for the Estate of JOHN ROBERT LEWIS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>TODD SHIPYARDS CORPORATION, et al.,<br><br>Defendants. | CASE NO. 2:11-CV-01300-MJP<br><br>STIPULATION AND PROPOSED ORDER GRANTING TODD SHIPYARDS CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTE ON MOTION CALENDAR:**<br>**June 3, 2015** |

## I. STIPULATION

Todd Shipyards Corporation's Motion for Partial Summary Judgment ("Motion") was filed with the Court on May 11, 2015. It is hereby stipulated between the Plaintiff and Defendant Todd Shipyards Corp. ("Todd"), through their attorneys of record, that Plaintiff will not oppose said Motion and that the Court should grant the Motion, thereby dismissing with prejudice any claims Plaintiff may have against Todd with respect to an alleged para-occupational, take-home exposure experienced by the decedent, John Robert Lewis, between 1930 and 1948, as more fully set forth in the Motion.

STIPULATION AND PROPOSED ORDER GRANTING
TODD SHIPYARDS CORPORATION'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1
2:11-cv-01300-MJP
#988241 v1 / 20157-111

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

DATED this 3rd day of June, 2015.

Presented by:

        KARR TUTTLE CAMPBELL

        By:   s/ Walter E. Barton
              Walter E. Barton, WSBA #26408
              Email: gbarton@karrtuttle.com
              701 Fifth Avenue, Suite 3300
              Seattle, WA 98104
              Phone: (206) 223-1313
              Fax: (206) 682-7100

        Attorneys for Todd Shipyards Corp.

        BRAYTON PURCELL, LLP

        By   s/ Meredith Good
              Meredith Good, WSBA #39890
              Email: mgood@braytonlaw.com
              806 SW Broadway, Suite 1100
              Portland, OR 97201
              Phone: (415) 798-3238
              Fax: (503) 241-2573

        Attorneys for Plaintiff

## ORDER

It is so ORDERED.

Dated this 3 day of June, 2015.

                                                                   *[signature]*
                                      UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER GRANTING
TODD SHIPYARDS CORPORATION'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 2
2:11-cv-01300-MJP
#988241 v1 / 20157-111

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100